# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**United States of America**

   Plaintiff

vs.         **CASE NUMBER: 5:19-cv-1635 (TJM/TWD)**

**Kenneth J. Roof, Christina M. Roof,
The New York State Affordable Housing Corporation,
Samaritan Medical Center, Rosina Vanself**

   Defendants

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiff's Motion for Default Judgment is GRANTED. Default judgment is hereby ENTERED in the amount of $144,873.46, with interest thereon from April 21, 2021 against the Defendants.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 10th day of September, 2021.

DATED: September 10, 2021

*[signature]*
Clerk of Court

        s/Kathy Rogers
        Deputy Clerk